**JUDGE KEENAN**

BLANK ROME, LLP
Attorneys for Plaintiff
KIN KI INTERNATIONAL INDUSTRIAL LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**08 CV 00014**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIN KI INTERNATIONAL INDUSTRIAL LTD., <br><br>    Plaintiff, <br><br> -against- <br><br> ZHEJIANG SUPOR ENTERPRISE DEVELOPING CO., LTD., SHUN DA INTERNATIONAL TRADING PTE LTD., AND P.T. DARMA BUMI KENDARI, <br><br>    Defendants. | 08 Civ. <br><br> **RULE 7.1 STATEMENT** |



RECEIVED JAN 02 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff KIN KI INTERNATIONAL INDUSTRIAL LTD. certifies that, according to information provided to counsel by its clients, KIN KI INTERNATIONAL INDUSTRIAL LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:   New York, New York
         January 2, 2008

                                BLANK ROME, LLP
                                Attorneys for Plaintiff
                                KIN KI INTERNATIONAL INDUSTRIAL LTD.

                                By _____
                                    Jack A. Greenbaum (JG 0039)
                                The Chrysler Building
                                405 Lexington Ave.
                                New York, NY 10174-0208
                                (212) 885-5000