

BLANK ROME LLP
COUNSELORS AT LAW

Phone: (212) 885-5284
Fax: (917) 332-3834
Email: JGreenbaum@BlankRome.com

March 6, 2008

**BY HAND DELIVERY**

Hon. John F. Keenan
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

```
The conference is adjourned sine die.
SO ORDERED.
DATED:    New York, New York
          March 10, 2008.
                        /s/ John F. Keenan
                              U.S.D.J.
```

Re: Kin Ki International Industrial Ltd. v.
Zhejiang Supor Enterprise Developing Co., Ltd., *et al.*
08 CIV 00014 (JFK)

Dear Judge Keenan:

We represent the plaintiff in this matter, and write to request an adjournment *sine die* of a pretrial conference you have scheduled on March 26, 2008 at 9:45 a.m. This is the first scheduling of a conference and we have made no prior requests for adjournments.

This is a Rule B maritime attachment action. As yet, we have not succeeded in attaching any fund transfers. Therefore, we have not served process on the defendant and the defendant has not appeared.

The merits of the claim are subject to arbitration in London. Therefore, we respectfully submit there is no purpose served by conducting a pretrial conference.

Thank you for your attention.

Respectfully submitted,

Jack A. Greenbaum

JAG:aea