# BLANK ROME LLP
COUNSELORS AT LAW

Phone:  (212) 885-5264
Fax:    (917) 332-3834
Email:  [redacted]



April 14, 2008

**BY HAND TELEFAX**   (212) 805-7911

Hon. John F. Keenan
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

> The case is adjourned to October 14, 2008, at 10:00 a.m., at which time Plaintiff will provide an update on the status of the case. SO ORDERED.
>
> Dated: New York, New York
> April 14, 2008
>
> /s/ John F. Keenan
> U.S.D.J.

Re:  Kin Ki International Industrial Ltd. v.
     Zhejiang Supor Enterprise Developing Co., Ltd., et al.
     08 CIV 00014 (JFK)

Dear Judge Keenan:

We represent the Plaintiff in this matter, and write in response to your request for a status report. This is a maritime attachment action. The merits of the claim are to be decided in an arbitration in London.

So far, we have attached about $15,430. Plaintiff's solicitors in Hong Kong report that the parties are discussing a possible settlement. If a settlement is not agreed in the next week or so, the arbitration will go forward.

Please let me know if you have any questions.

Respectfully submitted,

Jack A. Greenbaum

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-15-08

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

128300.00601/6631684v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong