*Keenan, J.*

BLANK ROME, LLP
Attorneys for Plaintiff
KIN KI INTERNATIONAL INDUSTRIAL LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-23-2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIN KI INTERNATIONAL INDUSTRIAL LTD., <br><br> Plaintiff, <br><br> -against- <br><br> ZHEJIANG SUPOR ENTERPRISE DEVELOPING CO., LTD., SHUN DA INTERNATIONAL TRADING PTE LTD., AND P.T. DARMA BUMI KENDARI, <br><br> Defendants. | 08 Civ. 00014 (JFK) <br><br> **STIPULATION OF DISMISSAL** |

    PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendants, and

    WHEREAS, pursuant to Order for Process of Maritime Attachment, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendants, under the control of, or held by various garnishees in New York.

    NOW, on the consent of the attorney for plaintiff, it is

    ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated; and

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
         June 20, 2008

                          Agreed and Consented To:

                          BLANK ROME, LLP
                          Attorneys for Plaintiff
                          KIN KI INTERNATIONAL INDUSTRIAL LTD.

                          By _____
                              Thomas H. Belknap, Jr. (TB-3188)
                              Jack A. Greenbaum (JG 0039)
                          The Chrysler Building
                          405 Lexington Ave.
                          New York, NY 10174-0208
                          (212) 885-5000
                          tbelknap@blankrome.com
                          jgreenbaum@blankrome.com

So Ordered: 6/23/8 /s/ John F. Keenan
             U.S.D.J.